ARDC# 3021157  EGW\lf  2/10/2022  2022N-0006

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| JOANNA LOOKINGLAND,<br><br>Plaintiff,<br><br>v.<br><br>LANDFILL DRILLING & PIPING, INC., a foreign corporation; and SCOTT D. MAZUR,<br><br>Defendants. | No.  3:22-cv-50050<br><br>**PLAINTIFF DEMANDS TRIAL BY JURY** |

## COMPLAINT AT LAW

Plaintiff, Joanna Lookingland, by her attorneys, Corboy & Demetrio, P.C., for her Complaint at Law against defendants, Landfill Drilling & Piping, Inc., a foreign corporation, and Scott D. Mazur, and each of them, alleges as follows:

1. This action arises out of injuries sustained by Joanna Lookingland through the negligent acts of defendants, Landfill Drilling & Piping, Inc., and Scott D. Mazur on December 7, 2021.

2. Jurisdiction exists pursuant to 28 U.S.C. §1332, based on diversity jurisdiction. Joanna Lookingland is a citizen of Illinois, and Landfill Drilling & Piping, Inc., a foreign corporation and Scott D. Mazur are citizens of Wisconsin.

3. The matter in controversy exceeds more than $75,000.00. Joanna Lookingland sustained a head injury and suffers from post-traumatic stress disorder.

4. Venue is proper in the Northern District of Illinois (Rockford) in that all events and conduct complained herein occurred in the Northern District of Illinois (Winnebago County).

5. On and prior to December 7, 2021, Lindenwood Road was a public highway running generally in a north/south direction in Rockford Township, Winnebago County, Illinois.

6. At all times and places relevant, plaintiff, Joanna Lookingland, operated a 2012 Dodge Ram 1500, bearing VIN1C6RD7HT9CS314250, in a northbound direction on Lindenwood Road at approximately 2500 South Lindenwood Road.

7. At all times relevant, defendant, Landfill Drilling & Piping, Inc., owned a 2015 John Deere 331G skid loader van, bearing VIN 1T0331GKCKF367015, in a southbound direction on Lindenwood Road approximately 2500 feet south of Lindenwood Road.

8. At all times relevant, defendant, Scott D. Mazur, was an agent and employee of Landfill Drilling & Piping, Inc., a foreign corporation.

9. At all times and places relevant, Mazur was transporting a wide load of pipes laying on the skid loader loading bed length wise across the entirety of the roadway.

10. At said time and place, defendants, Landfill Drilling & Piping, Inc., and Scott D. Mazur, and each of them, had a duty to operate and maintain the skid loader vehicle so as to not cause danger to others, but in this regard, defendants, Landfill Drilling & Piping, Inc., and Scott D. Mazur, and each of them, through the conduct of Scott D. Mazur, acted or failed to act in one or more of the following ways:

    a) operated, managed, maintained and controlled the skid loader vehicle so that as a direct and proximate result thereof, the plaintiff was injured;

    b) operated said skid loader vehicle which carried a pipe load and which completely blocked both lanes of Lindenwood Road;

    c) failed to maintain a proper lookout for other vehicles on road; and

    d) failed to use emergency flashers while transporting said load.

11. At said time and place, Scott D. Mazur's vehicle came into contact with the vehicle operated by plaintiff, Joanna Lookingland.

12. As a proximate result of one or more of the aforesaid negligent acts and/or omissions of defendants, Landfill Drilling & Piping, Inc., and Scott D. Mazur, plaintiff, Joanna Lookingland, suffered injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff, Joanna Lookingland, demands judgment against defendants, Landfill Drilling & Piping, Inc., and Scott D. Mazur, and each of them, in an amount in excess of the required jurisdictional amount of $75,000.00 in the United States District Court for the Northern District of Illinois, Western Division.

_____
Edward G. Willer

Edward G. Willer
Britney R. Pennycook
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
ARDC No. 3021157
Primary E-Mail:  ccfiling@corboydemetrio.com

4